Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Ani Avetisyan (SBN 266679)
ani@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**SANDRA EDMONDS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MANCHESTER AVIATION, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | CASE NO.: 2:21-cv-00236-DSF-PLA<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Judge Dale S. Fischer<br>Trial Date: Not on Calendar |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

| | |
|---|---|
| 1 | The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed. |

DATED: April 13, 2021                **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

                                               By:   */s/Peter Shahriari*
                                               Peter Shahriari, Esq.
                                               Attorneys for Plaintiff, Sandra Edmonds

DATED: April 13, 2021                **CALL & JENSEN**

                                               By:   */s/ Ryan M. McNamara*
                                               Ryan M. McNamara, Esq.
                                               Attorney for Defendant, Manchester Aviation LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Sandra Edmonds