Ryan M. McNamara, Bar No. 223606
 rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Manchester Aviation, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>Plaintiff,<br><br>vs.<br><br>MANCHESTER AVIATION, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No.  2:21-cv-00236-DSF-PLA<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>*([Proposed] Order lodged concurrently herewith)*<br><br>Complaint Filed:   January 11, 2021<br>Trial Date:             None Set |

IT IS HEREBY STIPULATED, by and between Plaintiff Sandra Edmonds and Defendant Manchester Aviation, LLC, by and through their respective counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety with prejudice as to all claims and causes of action. The parties to this Stipulation are to bear their respective attorneys' fees and costs as against each other.

Dated: May 7, 2021

CALL & JENSEN
A Professional Corporation
Ryan M. McNamara

By: */s/ Ryan M. McNamara*
Ryan M. McNamara

Attorneys for Defendant Manchester Aviation, LLC

Dated: May 7, 2021

THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/ Anoush Hakimi*
Anoush Hakimi, Esq.

Attorneys for Plaintiff Sandra Edmonds

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Anoush Hakimi, counsel for Plaintiff Sandra Edmonds, and that I have obtained Mr. Hakimi's authorization to affix his electronic signature to this document.

By: */s/ Ryan M. McNamara*
Ryan M. McNamara

Attorneys for Defendant Manchester Aviation, LLC