**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA EDMONDS,<br><br>    Plaintiff,<br><br>vs.<br><br>MANCHESTER AVIATION, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case No. 2:21-cv-00236-DSF-PLA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 11, 2021<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety with prejudice as to each and all of Plaintiff Sandra Edmonds' claims and causes of action as alleged against all Defendants.

2. The parties to this Stipulation are to bear their respective attorneys' fees and costs as against each other.

IT IS SO ORDERED.

DATED: May 10, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE